## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard R. Coleman                                                CHAPTER 7
                              Debtor(s)

                                                              BKY. NO. 22-21785 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index
same on the master mailing list.

                    Respectfully submitted,

                    /s/ Brian C. Nicholas
                    Brian Nicholas
                    16 Sep 2022, 06:42:03, EDT

                    Brian C. Nicholas, Esq. (317240)  ☑
                    Denise Carlon, Esq. (317226)      ☐
                    Rebecca A. Solarz, Esq. (315936)  ☐
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3594
                    bkgroup@kmllawgroup.com