**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard R. Coleman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5295<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–21785–CMB | |

## Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard R. Coleman

12/21/22

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard R. Coleman  
    Debtor

Case No. 22-21785-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: admin | Page 1 of 3
Date Rcvd: Dec 21, 2022 | Form ID: 318 | Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard R. Coleman, 119 Hornbeck Drive, Rostraver, PA 15012-4724 |
| tr | ++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| 15514439 | | BBVA, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15514453 | + | KeyBank/US Bank/CC, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15514454 | + | KeyBank/US Bank/CC, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15514456 | | Lakeview Loan Servicing, LLC, Po box 37628, Philadelphia, PA 19101-0628 |
| 15514457 | + | Lee R. Demosky, Esquire, Meyer Darragh, 40 N. Pennsylvania Avenue, Suite 410, Greensburg, PA 15601-2342 |
| 15514460 | + | Magisterial District Judge 10-2-06, Charles M Christner, 179 Municipal Dr., Belle Vernon, PA 15012-3547 |
| 15514461 | | PNC Bank Core, Po box 71335, Philadelphia, PA 19176-1335 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BLMSWOPE | Dec 22 2022 05:14:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| smg | | EDI: PENNDEPTREV | Dec 22 2022 05:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 22 2022 05:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 00:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 22 2022 05:14:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15514446 | | EDI: CCS.COM | Dec 22 2022 05:14:00 | CCS Payment Processing center, Po box 55126, Boston, MA 02205-5126 |
| 15514443 | + | EDI: CAPITALONE.COM | Dec 22 2022 05:14:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15514444 | | EDI: CAPITALONE.COM | Dec 22 2022 05:14:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15514441 | + | EDI: CAPITALONE.COM | Dec 22 2022 05:14:00 | Capital One, Po Box 31293, Salt Lake City, UT |

Case 22-21785-CMB  Doc 17  Filed 12/23/22  Entered 12/24/22 00:27:21  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 21, 2022 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 84131-0293 |
| 15514448 | + | EDI: CCS.COM | Dec 22 2022 05:14:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15514447 | + | EDI: CCS.COM | Dec 22 2022 05:14:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15514449 | | EDI: DISCOVER.COM | Dec 22 2022 05:14:00 | Discover, Po box 6103, Carol Stream, IL 60197-6103 |
| 15514450 | + | EDI: DISCOVER.COM | Dec 22 2022 05:14:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15514451 | + | EDI: DISCOVER.COM | Dec 22 2022 05:14:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15514452 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 22 2022 00:13:00 | KeyBank, Po box 94722, Cleveland, OH 44101-4722 |
| 15514455 | | Email/Text: govtaudits@labcorp.com | Dec 22 2022 00:13:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 15514459 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 22 2022 00:13:00 | LoanCare. LLC, Attn: Consumer Solutions Dept, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15514458 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 22 2022 00:13:00 | LoanCare. LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15514440 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2022 00:13:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 15514463 | | Email/Text: amieg@stcol.com | Dec 22 2022 00:13:00 | State Collection Service, inc., Po box 6250, Madison, WI 53716-0250 |
| 15514462 | | EDI: RMSC.COM | Dec 22 2022 05:14:00 | Sam s Club MC/Syncb, Po box 960013, Orlando, FL 32896-0013 |
| 15514838 | + | EDI: RMSC.COM | Dec 22 2022 05:14:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15514464 | | EDI: RMSC.COM | Dec 22 2022 05:14:00 | Synchrony Bank/ Paypal credit, Po box 960006, Orlando, FL 32896-0006 |
| 15514466 | + | EDI: RMSC.COM | Dec 22 2022 05:14:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15514465 | + | EDI: RMSC.COM | Dec 22 2022 05:14:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15514467 | + | EDI: RMSC.COM | Dec 22 2022 05:14:00 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15514468 | + | EDI: RMSC.COM | Dec 22 2022 05:14:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15514469 | | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2022 00:13:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| aty | *P++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270, address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| 15514445 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15514442 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Richard R. Coleman julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5